UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Moeleek Thomas,

                Plaintiff,                21-cv-8284 (LAK)(JLC)

v.

District Council 37, American
Federation of State, County and
Municipal Employees, AFL-CIO, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/22

## ORDER

        The parties have reported that they have reached a settlement-in-principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before May 2, 2022, if the settlement has not been consummated by then.

        SO ORDERED.

Dated:        March 30, 2022

                                                      _____
                                                      Lewis A. Kaplan
                                                      United States District Judge